BENJAMIN SEACORD VS. JAMES BURLING.

An objection to a juror must be made at the time he is called upon the panel. If a trial is had and verdict rendered, without any objection to any of the jury, the verdict will not be set aside, because one of the jurors on the panel had on a previous day of the same circuit been tried on a challenge and found to be over sixty years of age.

*Motion by defendant to set aside the verdict rendered in this cause, and judgment entered thereupon.*—This was a motion by defendant to set aside the verdict &c. on the ground that an improper juror sat upon the panel who tried the cause. The cause was tried at the Westchester circuit, in April, 1845; one Nathaniel Hyatt was drawn by the clerk as a juror of the regular panel, without any objection being made to him. The jury brought in a verdict for plaintiff of $5000. The affidavits alleged Hyatt used an improper influence with the jury, and that he was noted for his cunning and artful management in such cases; the defendant produced a certificate of the county clerk of Westchester county, showing that Hyatt had been challenged a few days previous, at the circuit, as a juror, and upon his trial he admitted he was *sixty-four* years of age; on that ground he was rejected as a juror; but the clerk not having received any directions from the court to destroy the ballot, kept the name in the jury box, and he was drawn upon this cause.

J. EDWARDS, *Defts Counsel.*      GEORGE CASE, *Defts Atty.*

J. W. TOMPKINS, *Plffs Counsel.*      J. W. TOMPKINS, *Plffs Atty.*

JEWETT, Justice.—The objection to the juror's age, if taken in time would have been a good one, but after he was drawn upon the panel—heard the cause tried, and had with the rest rendered a verdict, it is too late to interpose the objection. The motion must be denied.

*Decision.*—Motion denied, with costs.